UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. PIERCE DIVISION

Case No. 09-14239-CIV-GRAHAM/LYNCH

LNV CORPORATION,

    Plaintiff,

vs.

GEORGE A. MAIB, and
ROBYNE E. MAIB, et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** comes before the Court upon Plaintiff's Motion for Entry of Final Judgment of Foreclosure, Award or Attorney's Fees, and Order of Sale [D.E. 57].

**THE MATTER** was referred to the Honorable United States Magistrate Judge Frank J. Lynch. The Magistrate Judge issued a Report [D.E. 64] recommending that Plaintiff's motion be granted in part. Specifically, the Magistrate Judge recommended that the Plaintiff be awarded a total of $3,363,412.35 in damages, attorney fees, costs, and expenses for which post-judgment interest may accrue. The Magistrate Judge also recommended an Order of Sale of the foreclosed property. However, the Magistrate Judge recommended denial of Plaintiff's motion to the extent the Plaintiff's lien is deemed superior to all others and to the extent the Plaintiff seeks inclusion of instructions on how the final judgment is to be executed and how the sale, if appropriate, is to be conducted.

Plaintiff filed objections to the Magistrate Judge's Report [D.E. 65]. In its Objections, Plaintiff asserts that the proposed judgment does not seek to adjudicate the Plaintiff's lien superior to "all others." Plaintiff further asserts that the Summary Judgment of Foreclosure entitles Plaintiff to a court-directed judicial sale of the real property [D.E. 65].

After conducting a careful and complete review of the findings and recommendations, a district court judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. §636(b)(1); <u>Williams v. Wainwright</u>, 681 F.2d 732 (11th Cir. 1982), cert denied, 459 U.S. 1112, 103 S.Ct. 744, 74 L.Ed.2d 964 (1983). A district judge "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. §636(b)(1)(C). The Court may accept, reject or modify, in whole or in part, the finding and recommendations. <u>Id</u>.

The Court has carefully considered the objections to the Report and Recommendation, as well as the record, and declines to adopt the Report and Recommendation in its entirety. The Court finds that the language contained in ¶¶4 and 16 of the proposed final judgment sufficiently limits the priority of Plaintiff's lien to the Defendants in this action by stating that the lien is superior to "all parties to this cause and of all persons claiming by through or under them or any of them" and "all persons claiming

2

by, through, under or against the Defendants." The Court disagrees that the terms in ¶¶4 and 16 of Plaintiff's proposed final judgment expands this Court's finding and creates a superior lien against all others. Moreover, the Court finds it appropriate to order the judicial sale of the foreclosed property pursuant to 28 U.S.C. §2001.

**THE COURT** has conducted an independent review of the file and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that United States Magistrate Judge Frank J. Lynch's Report [D.E. 64] is **ADOPTED in part and DECLINED in part**. It is further

**ORDERED AND ADJUDGED** that Plaintiff's Motion for damages, fees, costs and expenses is [D.E. 57] is **GRANTED in part.** Plaintiff is awarded a total of **$3,363,412.35 in damages, attorney fees, costs, and expenses** for which post-judgment interest shall accrue, all of which shall be taxed against the Defendants. It is further

**ORDERED AND ADJUDGED** that Plaintiff's Objections are **SUSTAINED**. It is further

**ORDERED AND ADJUDGED** that the Final Judgment of Foreclosure will be issued by separate order.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 4th day of October, 2010.

```
                                    DONALD L. GRAHAM
                                    UNITED STATES DISTRICT JUDGE
```

cc: U.S. Magistrate Judge Lynch
All Counsel of Record